**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7780**

———————

TONY ORLANDO JOHNSON,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA; NORTH CAROLINA AT-
TORNEY GENERAL; M. J. MCDADE, Superintendent
Harnett Correctional Center,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Durham.  William L. Osteen, District
Judge.  (CA-97-1282-1)

———————

Submitted:  February 23, 1999      Decided:  October 5, 1999

———————

Before HAMILTON and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

James A. Crouch, MANNING & CROUCH, Raleigh, North Carolina, for
Appellant.  Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GEN-
ERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tony Orlando Johnson appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Johnson v. United States, No. CA-97-1282-1 (M.D.N.C. Nov. 18, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2